**No. 61351.**—British Overseas Airways Corporation *v.* United States, protest 253224–K (New York).

Opinion by DONLON, J.   The protest was dismissed.

**No. 61352.**—Philipp Brothers Chemicals, Inc. *v.* United States, protest 295702–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61353.**—Meadows Wye & Co., Inc. *v.* United States, protest 296895–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61354.**—Trans World Shipping Corp. *v.* United States, protests 298076–K and 300468–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

NOVEMBER 13, 1957

**No. 61355.**—C. J. Tower & Sons *v.* United States, protests 282339–K, 282340–K, and 282341–K.—                                                                —C. D. 1887. Plaintiff's application for rehearing denied.

**No. 61356.**—F. L. Kraemer & Co. *v.* United States, protest 291177–K.—Protest abandoned October 2, 1957.   (Not published.)   (Initial No. 287512–K.) Plaintiff's application for rehearing granted.

**No. 61357.**—Andrew Levy *v.* United States, protest 510659–G.—

Plaintiff's application for rehearing denied.